# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN DOE,**

       **Plaintiff,**

**v.**                                      **Case No: 6:20-cv-1220-Orl-78LRH**

**EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC.,**

       **Defendant.**

## ORDER
(And Direction to the Clerk of Court)

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR SPECIAL ADMISSION OF JOSHUA ENGEL AND ANNE TAMASHASKY (Doc. 6)** |
| **FILED:** | **July 9, 2020** |

**THEREON** it is **ORDERED** that the motion is **DENIED AS MOOT**.[1]

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR SPECIAL ADMISSION OF JOSHUA ENGEL AND ANNE TAMASHASKY (Doc. 7)** |
| **FILED:** | **July 9, 2020** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

---

[1] The Plaintiff filed a duplicate motion at docket entry number 7.

- 2 -

Joshua Engel, Esq. and Anne Tamashasky, Esq., may specially appear in this case as counsel for Plaintiff with Lori Sochin, Esq., serving as local counsel.[2] Attorneys Engel and Tamashasky shall immediately begin using the CM/ECF docket system and begin filing electronically. Counsel must register for a CM/ECF login and password through the website at www.flmd.uscourts.gov under "CM/ECF." Once registered for CM/ECF and added as counsel of record in the case, counsel will receive the Notification of Electronic Filing [NEF] on all documents filed.

The Clerk of Court is directed to mail a copy of this Order to Attorneys Engel and Tamashasky. Thereafter, the Clerk of Court shall not mail copies of documents filed in this case as counsel of record will receive such documents electronically through CM/ECF.

**DONE** and **ORDERED** in Orlando, Florida on July 10, 2020.

_____
LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[2] The Court notes that Attorneys Engel and Tamashasky filed several motions, along with Attorney Sochin, without first obtaining leave to proceed *pro hac vice*. (Docs. 3-5). An attorney may not practice before the Court until he or she has been granted permission to do so. *See* Local Rules 2.01, 2.02. While the Court could deny Attorneys Engel and Tamashasky's request to appear *pro hac vice* on this basis, it declines to do so. Instead, Attorneys Engel and Tamashasky are cautioned that if they seek to appear *pro hac vice* in any future cases in this District they must first obtain leave to do so before filing any motions with the court.