# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOHN DOE,**

    **Plaintiff,**

**v.**                                              Case No: 6:20-cv-1220-Orl-78LRH

**EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC.,**

    **Defendant.**

## ORDER

On July 9, 2020, the Plaintiff filed a complaint against the Defendant. (Doc. 1). That same day, the Plaintiff contemporaneously filed a motion to proceed anonymously (Doc. 3 ("Motion")). The Defendant has yet to appear in this case. Upon consideration of the Motion, the Court finds a response from the Defendant will be helpful in resolving the same.

Accordingly, it is **ORDERED** that:

1. **Within fourteen (14) days of appearing in this case**, the Defendant shall file a response to the Motion (Doc. 3).
2. The failure to file a response in the time provided will result in the Motion being considered as unopposed.
3. The Plaintiff is permitted to proceed anonymously until the Court rules on the Motion.

**DONE** and **ORDERED** in Orlando, Florida on July 10, 2020.

*[Signature: Leslie R. Hoffman]*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties