# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN DOE,**

    **Plaintiff,**

**v.**                                               Case No:   6:20-cv-1220-Orl-78LRH

**EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC.,**

    **Defendant.**

## ORDER

On July 9, 2020, the Plaintiff filed a complaint against the Defendant. (Doc. 1). That same day, the Plaintiff contemporaneously filed a motion to conduct expedited discovery (Doc. 5 ("Motion")) in support of its recently filed motion for preliminary injunction (Doc. 4) and anticipated hearing thereon. The Defendant has yet to appear in this case. Upon consideration of the Motion, the Court finds a response from the Defendant will be helpful in resolving the same.

Accordingly, it is **ORDERED** that:

1. **Within seven (7) days of appearing in this case**, the Defendant shall file a response to the Motion (Doc. 5).

2. The failure to file a response in the time provided will result in the Motion (Doc. 5) being considered as unopposed.

**DONE** and **ORDERED** in Orlando, Florida on July 10, 2020.

*[signature]*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties