IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE, | Case No. 6:20-cv-01220-WWB-LRH |
| Plaintiff, | Judge: BERGER |
| v. | MOTION FOR STATUS CONFERENCE |
| EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC. | |
| Defendant | |

Plaintiff John Doe respectfully requests that this Court schedule a Telephonic Status Conference in this matter during the week of July 13, 2020.

The purpose of the Telephonic Status Conference would be to determine the best manner to proceed on Plaintiff's Motion for Preliminary Injunction and other outstanding Motions.

The topics which may, in the discretion of the Court, be discussed include: (i) scheduling; (ii) the best manner to handle confidential student records; and (iii) whether and how to present testimony and documentary evidence, if necessary, to the Court. Plaintiff respectfully suggests that a Telephonic Status Conference would potentially assist the parties in narrowing the disputed issues in order to present the matters before the Court in the most efficient manner possible. A Telephonic Status Conference is also appropriate in light of the complications presented by the COVID-19 Pandemic.

If Counsel for Defendant has not entered an appearance, Counsel for Plaintiff will immediately notify General Counsel and Registered Agent for Defendant of the date, time, and dial-in information for the Telephonic Status Conference.

**Wherefore**, this Court should schedule a Telephonic Status Conference in this matter during the week of July 13, 2020.

Respectfully submitted,

/s/ Joshua Engel
JOSHUA ADAM ENGEL (OH 0075769)
*Pro hac vice*
ANNE TAMASHASKY (OH 0064393)
*Pro hac vice*
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com


Lori A. Sochin (FL 013048)
LUBELL | ROSEN
1 Alhambra Plaza, Suite 1410
Coral Gables, FL 33134
(305) 655-3425
(305) 442-9047
las@lubellrosen.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via email on General Counsel/Registered Agent for Defendant this 13th day of July 2020.

/s/ Joshua Engel
JOSHUA ADAM ENGEL (OH 0075769)
*Pro hac vice*
