UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE,

    Plaintiff,

vs.                              CASE NO. 6:20-cv-01220-WWB-LRH

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

    Defendant.
_____/

**DEFENDANT EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC. ("Embry-Riddle"), pursuant to Federal Rule of Civil Procedure 6(b), and Middle District of Florida Local Rule 3.01(g), hereby files this Unopposed Motion for Extension of Time to Respond to Complaint ("Motion"), and in support thereof states:

1. On July 13, 2020, Plaintiff served Defendant with a copy of the Verified Complaint and Exhibits (Doc. 1), as well as a Motion for Preliminary Injunction, Affidavits and Proposed Order (Doc. 4), a Motion for Leave to Proceed Anonymously and Proposed Order (Doc. 3), and a Motion to Expedite Discovery and Proposed Order (Doc. 5).

2. Defendant retained the undersigned counsel, who entered its appearance on July 28, 2020. (Doc. 23).

3. As of today's date, July 30, 2020, there are already 32 docket entries. Many of them concern a preliminary injunction hearing set for August 11, 2020 and related evidentiary issues.

1

4. The Parties are focused in the immediate term on good-faith discussions and efforts to prepare for the August 11, 2020 preliminary injunction hearing, including Defendant's responses to Plaintiff's Motion for Preliminary Injunction and Motion to Expedite Discovery.

5. Based on the July 13, 2020 service date, Defendant's response to Plaintiff's Complaint is due on or before August 3, 2020. Without additional time to respond to the Complaint, it would hinder the Parties' ability to finalize negotiations and preparations for the August 11, 2020 preliminary injunction hearing, and may cause a waste of judicial resources.

6. On July 28, 2020, Plaintiff's counsel indicated he did not object to a 60-day extension of time to file a responsive pleading to the Complaint, thereby making the response due on October 5, 2020.

7. Accordingly, Defendant requests this Court grant this Motion, thereby making Defendant's response to the Complaint due on or before October 5, 2020.

8. This request is made in good faith, and not for the purpose of delay. The requested extension will not prejudice the parties.

## **Certificate of Compliance with Local Rule 3.01(g)**

The undersigned attorney hereby certifies that she conferred with Plaintiff's counsel, Joshua Engel, Esq., on July 30, 2020, who confirmed that he has no objection to the extension requested in this motion.

WHEREFORE, Defendant respectfully request the Court enter an order granting the relief requested herein and enter an order extending the time to October 5, 2020 for which the Defendant must file a responsive pleading to the Complaint, and for such further relief as the Court deems just and proper.

Dated: July 30, 2020.

Respectfully submitted,

**NELSON MULLINS BROAD & CASSEL**
*Attorneys for Defendant,*
*Embry-Riddle Aeronautical University, Inc.*

By: */s/ Shaina Stahl*
Shaina Stahl
Florida Bar No. 77643
*(Trial Counsel)*
Nelson Mullins Broad & Cassel
390 N. Orange Avenue, Suite 1400
Orlando, FL 32801
(407) 839-4200
shaina.stahl@nelsonmullins.com
shawana.watt@nelsonmullins.com

Daniel A. Cohen
*(Pro Hac Vice Admission Pending)*
Jeffrey R. Daniel
*(Pro Hac Vice Admission Pending)*
Nelson Mullins Riley & Scarborough LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000
dan.cohen@nelsonmullins.com
jeff.daniel@nelsonmullins.com

*Attorneys for Embry-Riddle Aeronautical University, Inc.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 30, 2020, I electronically filed the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME with the Clerk of the Court by using the CM/ECF system, which will electronically serve a copy on all counsel of record in this matter.

                                        /s/*Shaina Stahl*
                                        Attorney