## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE, | Case No. 6:20-cv-01220-WWB-LRH |
| Plaintiff, | Judge: BERGER |
| v. | JOINT MOTION TO VACATE PRELIMINARY INJUNCTION HEARING |
| EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC. | |
| Defendant | |

Plaintiff John Doe and Defendant Embry-Riddle Aeronautical University respectfully submit this Joint Motion to Vacate the Hearing on the Motion for Preliminary Injunction (Doc. 29) and all deadlines related to Plaintiff's now-withdrawn Motion for Preliminary Injunction (Doc. 5, see Doc. 32) and Plaintiff's Motion to Expedite Discovery. (Doc. 4, see Doc. 11).

As grounds for this Motion, the parties represent that they have reached an agreement to resolve the issues raised by the motions. Accordingly, the Court's consideration of these motions is unnecessary. As part of this Agreement, the parties stipulate and agree as follows: Plaintiff's withdrawal of Doc. 4 and Doc. 5 is without prejudice; Plaintiff may refile the withdrawn motions if necessary; and all parties specifically reserve and retain their arguments in support of, and in opposition to, such potential future motions.

This Joint Motion is made in good faith, upon agreement of the parties, and not for the purpose of delay.

**Wherefore,** the parties jointly request that the Court vacate the hearing on the Motion for Preliminary Injunction (Doc. 29) and all related deadlines (Doc. 11, 32), and all deadlines related to Plaintiff's Motion to Expedite Discovery. (Doc. 4, see Doc. 11)..

FOR PLAINTIFF:

/s/ Joshua Engel
JOSHUA ADAM ENGEL (OH 0075769)
    (TRIAL COUNSEL)
    *Pro hac vice*
ANNE TAMASHASKY (OH 0064393)
    *Pro hac vice*
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com


Lori A. Sochin (FL 013048)
LUBELL | ROSEN
1 Alhambra Plaza, Suite 1410
Coral Gables, FL 33134
(305) 655-3425
(305) 442-9047
las@lubellrosen.com

FOR DEFENDANT:

/s/ Shaina Stahl
Shaina Stahl (Florida Bar No. 77643)
    (TRIAL COUNSEL)
NELSON MULLINS BROAD & CASSEL
390 N. Orange Avenue, Suite 1400
Orlando, FL 32801
(407) 839-4200
shaina.stahl@nelsonmullins.com

        Daniel A. Cohen
        *pro hac vice*
        Jeffrey R. Daniel
        *pro hac vice*
        Nelson Mullins Riley & Scarborough LLP
        201 17th Street NW, Suite 1700
        Atlanta, GA 30363
        (404) 322-6000
        dan.cohen@nelsonmullins.com
        jeff.daniel@nelsonmullins.com

## CERTIFICATE OF SERVICE

This certifies that the foregoing was filed electronically on July 31, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

        _____/s/ Joshua Engel_____
        Joshua Adam Engel (Ohio No. 0075769)
        *pro hac vice*

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 3.01(g) and Fed R. Civ. P. 37(a)(1), the undersigned counsel certifies that before filing this Motion counsel conferred with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion and obtain the relief sought without court action.

        _____/s/ Joshua Engel_____
        Joshua Adam Engel (Ohio No. 0075769)
        *pro hac vice*