IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE, | Case No. 6:20-cv-01220-WWB-LRH |
| Plaintiff, | Judge: BERGER |
| v. | JOINT MOTION FOR LEAVE TO CONDUCT CASE MANAGEMENT CONFERENCE BY VIDEO CONFERENCE OR TELECONFERENCE |
| EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC. | |
| Defendant | |

Plaintiff John Doe and Defendant Embry-Riddle Aeronautical University respectfully submit this Joint Motion for Leave to Conduct a Case Management Conference by Video Conference or Teleconference. Currently, the parties are required to meet in person by August 27, 2020. *See* Related Case Order and Track Two Notice (Doc#17).

As ground for this Motion, the parties believe that Counsel will be able to discuss the matters in a good faith effort to comply with the requirements of Federal Rule of Civil Procedure 16(b)(2) through a video or teleconference. The parties have worked in a cooperative manner thus far in the litigation.

As ground for this Motion, the parties believe that Counsel will be able to adequately discuss the matters with the Court through a video or teleconference. In addition, the Parties' lead counsel reside outside of Florida. Counsel seek to avoid travel expenses and the inconvenience and disruption of travel. Counsel is also concerned with the health risks related to the COVID-19 pandemic. And wish to avoid the potential for quarantines upon returning from Florida.[1]

---

[1] Plaintiff's Counsel particularly wishes to avoid travel because Plaintiff's Counsel resides with a person with an underlying medical condition who is at increased risk for severe illness from COVID-19.

1

**Wherefore**, the Parties respectfully requests leave to conduct that the Case Management Conference by video conference, teleconference, or other electronic means.

FOR PLAINTIFF:

/s/ Joshua Engel
JOSHUA ADAM ENGEL (OH 0075769)
        (TRIAL COUNSEL)
        *Pro hac vice application to be submitted*
ANNE TAMASHASKY (OH 0064393)
        *Pro hac vice application to be submitted*
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

/s/ Lori A. Sochin
Lori A. Sochin (FL 013048)
LUBELL | ROSEN
1 Alhambra Plaza, Suite 1410
Coral Gables, FL 33134
(305) 655-3425
(305) 442-9047
las@lubellrosen.com

FOR DEFENDANT:

/s/ Shaina Stahl
Shaina Stahl (Florida Bar No. 77643)
        (TRIAL COUNSEL)
NELSON MULLINS BROAD & CASSEL
390 N. Orange Avenue, Suite 1400
Orlando, FL 32801
(407) 839-4200
shaina.stahl@nelsonmullins.com

Daniel A. Cohen
        *pro hac vice*
Jeffrey R. Daniel
        *pro hac vice*
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street NW, Suite 1700

2

>Atlanta, GA 30363
>(404) 322-6000
>dan.cohen@nelsonmullins.com
>jeff.daniel@nelsonmullins.com

**CERTIFICATE OF SERVICE**

    This certifies that the foregoing was filed electronically on July 31, 2020.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

>_____/s/ Joshua Engel_____
>Joshua Adam Engel (Ohio No. 0075769)
>(*pro hac vice*)

**CERTIFICATION OF COUNSEL**

    Pursuant to Local Rule 3.01(g) and Fed R. Civ. P. 37(a)(1), the undersigned counsel certifies that before filing this Motion counsel conferred with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion and obtain the relief sought without court action.

>_____/s/ Joshua Engel_____
>Joshua Adam Engel (Ohio No. 0075769)
>(*pro hac vice*)