**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN DOE,

        Plaintiff,

v.                                                Case No:  6:20-cv-1220-Orl-78LRH

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Withdrawal of Motions (Doc. 36) and the parties' Joint Motion to Vacate Preliminary Injunction Hearing (Doc. 37). For the reasons set forth therein, it is **ORDERED** that the Clerk is **DIRECTED** to terminate Plaintiff's Motion for a Preliminary Injunction (Doc. 4) as a pending motion.

It is further **ORDERED** that the Joint Motion to Vacate Preliminary Injunction Hearing (Doc. 37) is **GRANTED**. The preliminary injunction hearing previously scheduled for August 11, 2020, at 1:30 p.m. is **CANCELLED**.

**DONE AND ORDERED** in Orlando, Florida on August 3, 2020.

*[signature]*

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record