IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC.<br><br>Defendant | Case No. 6:20-cv-01220-WWB-LRH |

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR EXPERT DISCLOSURE**

Defendant Embry-Riddle Aeronautical University respectfully submit this Unopposed Motion to Extend the Deadlines for expert disclosure.

1. The deadline for Defendant to serve expert witness summaries and reports is currently February 4, 2021.

2. On January 5, 2021, Plaintiff served Defendant with disclosures of three separate expert witnesses he plans to call at trial. Plaintiff has designated two witnesses related to Title IX issues and one witness related to damages. Given the nature of the case, Defendant was not expecting the breadth of experts or expert topics that were disclosed.

3. Defendant has been diligently searching for expert witnesses to assist at trial and be able to rebut the experts disclosed by Plaintiff. While Defendant has been able to discuss issues with potential witnesses, due to the short timing of required disclosure, the experts will not have had a chance to finalize their expert reports.

1

4. Defendant hopes to be able to provide the name and curriculum vitae of its experts by the current February 4, 2021 deadline, but requires additional time for the preparation of full reports.

5. Defendant requests a three-week extension of time until February 25, 2021 to serve its expert reports.

6. Pursuant to Fed. R. Civ. P. 6(b), this Court is permitted to extend a court-ordered deadline for good cause if the request for additional time is made before the expiration of the original response deadline.

7. Defendant has good cause to request the extension – the number and breadth of Plaintiff's disclosures required an unexpected search for expert witnesses that require additional time to formulate and draft their expert opinions.

8. The parties further request that the March 5, 2021 discovery deadline be extended until March 19, 2021 for the purpose of taking expert depositions, if necessary.

9. Defendant is making this request before expiration of the deadline.

10. Defendant is not requesting a change to any other deadlines.

11. In accordance with Fed. R. Civ. P. 6(b), Defendant thus requests an extension of the expert report deadline for three (3) weeks until February 25, 2021.

## LOCAL RULE 3.01(g) CERTIFICATION

Shaina Stahl, Esq., counsel for Defendant, spoke with Joshua Engel, Esq., counsel for Plaintiff on January 28, 2021.  Plaintiff has no objection to the requested extension.

WHEREFORE, Defendant hereby requests that this Court grant its request for an extension of time to serve its expert reports and for such further relief as this Court deems just and proper.

/s/ *Shaina Stahl*
Shaina Stahl (Florida Bar No. 77643)

 (TRIAL COUNSEL)
NELSON MULLINS BROAD & CASSEL
390 N. Orange Avenue, Suite 1400
Orlando, FL 32801
(407) 839-4200
shaina.stahl@nelsonmullins.com
Daniel A. Cohen
    *pro hac vice*
Jeffrey R. Daniel
    *pro hac vice*
Nelson Mullins Riley & Scarborough LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000
dan.cohen@nelsonmullins.com
jeff.daniel@nelsonmullins.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 29, 2021, the foregoing document was filed using the Court's CM/ECF system, which will send a notice of electronic filing to the parties of record in this case.

/s/ Shaina Stahl
