# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**JOHN DOE,**

**Plaintiff,**

**v.** **Case No: 6:20-cv-1220-Orl-78LRH**

**EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC.,**

**Defendant.**

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION TO EXTEND DEADLINE FOR EXPERT DISCLOSURE (Doc. No. 68)** |
| **FILED:** | **January 29, 2021** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for Defendant to disclose its expert report(s) is extended up to and including February 25, 2021. Absent extraordinary circumstances, this deadline will not be further extended. No other deadlines are extended by this Order, *see* Doc. No. 54, and the parties may not rely upon this Order to support a request for an extension of any other deadline in this case.[1]

---

[1] Defendant's motion contains an inconsistency. At one point the motion recites that "[t]he parties further request that the March 5, 2021 discovery deadline be extended until March 19, 2021 for the purpose of taking expert depositions, if necessary." Doc. No. 68 ¶ 8. However, the conclusion portion of the motion is limited to a request to extend the expert report deadline to February 25, 2021. *Id.* ¶ 11. Further confusing matters is the Local Rule 3.01(g) certification, which merely states that "Plaintiff has no objection to the requested extension." *Id.* at 2. In light of this confusion, this Order is limited to granting the extension of

**DONE** and **ORDERED** in Orlando, Florida on February 1, 2021.

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

Defendant's expert report deadline to February 25, 2021 – no other deadlines have been extended. The parties are directed, however, to the Middle District of Florida Discovery Handbook, which provides that "[c]ounsel, by agreement, may conduct discovery after the formal completion date but should not expect the court to resolve discovery disputes arising after the discovery completion date." Middle District Discovery (2015) § (I)(F)(1).