IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE, | Case No. 6:20-cv-01220-WWB-LRH |
| Plaintiff, | |
| v. | Judge: BERGER |
| EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC. | RESPONSE TO MOTION TO EXTEND DISCOVERY DEADLINE |
| Defendant | |

Plaintiff John Doe respectfully submit this Response to Defendant's Motion to Extend Discovery Deadline. (Doc#72.)

Plaintiff's Counsel, when time is not of the essence, typically does not oppose, as a matter of professional courtesy, requests for reasonable extensions of time. Counsel takes very seriously the obligation to respect Counsel's and the Court's time and schedules and strives to conduct this Litigation, like every other case, with an attitude of cooperation and truthfulness.

Plaintiff's Counsel has observed that this Court, in the past and in other matters, has strictly enforced discovery deadlines. The Court's Civil Discovery Handbook, §I(F), provides that discovery requests "must be served" sufficiently in advance of deadlines "to permit the opposing party to respond before the discovery

deadline." Plaintiff does not claim any prejudice if the Court grants this request, other than an obligation to respond to discovery requests that would otherwise have been untimely.[1]

Plaintiff, therefore, defers to the Court's judgment in this matter.

FOR PLAINTIFF:

/s/ Joshua Engel
JOSHUA ADAM ENGEL (OH 0075769)
    (TRIAL COUNSEL)
    *Pro hac vice*
ANNE TAMASHASKY (OH 0064393)
    *Pro hac vice*
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

Lori A. Sochin (FL 013048)
LUBELL | ROSEN
1 Alhambra Plaza, Suite 1410
Coral Gables, FL 33134
(305) 655-3425
(305) 442-9047
las@lubellrosen.com

---

[1] The discovery request at issue include six additional discovery requests, four additional interrogatories, and seventeen additional requests for admissions. Many of the requests are objectionable for other reasons and unlikely to advance the resolution of this case. For example, Request for Admission No. 6 asks, "Admit that you raped Jane Roe."

## CERTIFICATE OF SERVICE

 This certifies that the foregoing was filed electronically on February 18, 2021.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

            ____/s/ Joshua Engel_____
            Joshua Adam Engel (Ohio No. 0075769)
              *pro hac vice*