# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOHN DOE,

        Plaintiff,

v.                                    Case No: 6:20-cv-1220-WWB-LRH

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

        Defendant.

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S MOTION TO EXTEND DISCOVERY DEADLINE (Doc. 80)** |
| **FILED:** | **March 8, 2021** |

**THEREON** it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

The motion fails to comply with Local Rule 3.01(a).  *See also* Doc. 67.

**DONE** and **ORDERED** in Orlando, Florida on March 9, 2021.

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties