IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC.<br><br>Defendant | Case No. 6:20-cv-01220-WWB-LRH<br><br>Judge: BERGER<br><br>REQUEST FOR ORAL ARGUMENT ON MOTION FOR PRELIMINARY INJUNCTION |

Pursuant to Local Rule 3.01(h), Plaintiff John Doe respectfully requests oral argument on Plaintiff's Motion for a Preliminary Injunction. (Doc#85.) Plaintiff believes that sixty to ninety minutes should be sufficient for oral argument.

Plaintiff further requests that the Court schedule oral argument for telephone or videoconference.

1

FOR PLAINTIFF:

/s/ Joshua Engel
Joshua Adam Engel (OH 0075769)
(TRIAL COUNSEL) *Pro hac vice*
Anne Tamashasky (OH 0064393)
    *Pro hac vice*
Scott O'Reilly (OH _____)
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

Lori A. Sochin (FL 013048)
LUBELL | ROSEN
1 Alhambra Plaza, Suite 1410
Coral Gables, FL 33134
(305) 655-3425
(305) 442-9047
las@lubellrosen.com

## CERTIFICATE OF SERVICE

    This certifies that the foregoing was filed electronically on March 25, 2021.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

    _____/s/ Joshua Engel_____
    Joshua Adam Engel (Ohio No. 0075769)
        *pro hac vice*

3

*pro hac vice*

3