# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE, | Case No. 6:20-cv-01220-WWB-LRH |
| Plaintiff, | Judge: BERGER |
| v. | MOTION TO CONTINUE TRIAL AND REFER MATTER TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE |
| EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC. | |
| Defendant | |

Plaintiff John Doe respectfully submits this Motion to Continue the Trial and Refer this Matter to a Magistrate Judge for a Settlement Conference.

As ground for this Motion, Plaintiff represents as follows:

1.  Currently pending before the Court are a Motion for a Preliminary Injunction (Doc#85) and Cross-Motions for Summary Judgment (Doc#96, 101). The parties have also filed *Daubert* Motions (Doc#91, #102, #103, #104).

2.  The parties must begin trial preparation shortly; the Joint Meeting must occur by July 30, 2021 and the Joint Final Pretrial Statement is due on August 9, 2021 (Doc#54).

3.  The Court's resolution of the pending motions is likely to significantly affect – and possibly reduce – the necessary trial preparation. A continuance is, therefore, in the interest of judicial efficiency and the conservation of resources by the parties.

4.  The parties have engaged in significant efforts at settlement, both with and without the assistance of a mediator. Plaintiff's Counsel believes that there will be a significant opportunity to settle this case following the decision of the Court on the pending

motions, thereby avoiding the expense of trial preparation.  Accordingly, Plaintiff requests that the Court vacate the trial date and refer this matter to a Magistrate Judge for a settlement conference to be held immediately following the decision of the Court on the pending motions.[1]

5. Plaintiff represents that this Motion is not for purposes of delay.

**Wherefore,** Plaintiff John Doe requests that the Court vacate all trial related dates and refer this matter to a Magistrate Judge for a Settlement Conference to be held immediately after the Court's resolution of the pending motions.

FOR PLAINTIFF:

/s/ Joshua Engel
JOSHUA ADAM ENGEL (OH 0075769)
    (TRIAL COUNSEL)
    *Pro hac vice*
ANNE TAMASHASKY (OH 0064393)
    *Pro hac vice*
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

Lori A. Sochin (FL 013048)
LUBELL | ROSEN
1 Alhambra Plaza, Suite 1410
Coral Gables, FL 33134
(305) 655-3425
(305) 442-9047
las@lubellrosen.com

---

[1] In an email, Counsel for Defendant indicated, "Defendant's position is that your request is premature.  We would not support the plan right now, but we can revisit your request later."

## CERTIFICATE OF SERVICE

This certifies that the foregoing was filed electronically on June 29, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                            /s/ Joshua Engel
                                      Joshua Adam Engel (Ohio No. 0075769)
                                              *pro hac vice*

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that before filing this Motion counsel conferred with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion and obtain the relief sought without court action.

The undersigned counsel further certifies, pursuant to Local Rule 3.09(d) that the moving party has been informed of and agrees to the motion to continue trial.

                                            /s/ Joshua Engel
                                      Joshua Adam Engel (Ohio No. 0075769)
                                              *pro hac vice*