**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN DOE,

              Plaintiff,

v.                                   Case No: 6:20-cv-1220-WWB-LRH

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

              Defendant.

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Emergency Motion for Temporary Restraining Order (Doc. 134). Therein, Plaintiff seeks emergency injunctive relief permitting him to "continue his studies" pending resolution of this case. (*Id.* at 1). Plaintiff admits that he has been permitted to attend classes online since this case was filed pursuant to the parties' "Status Quo Agreement." (*Id.* at 2). Plaintiff does not, however, specify if that agreement has lapsed in its entirety, or if the relief he seeks is specifically to return to in person learning, as opposed to continuing to participate in online courses. Accordingly, it is **ORDERED** that no later than **5 p.m.** on **September 3, 2021**, Plaintiff shall notify the Court if he is currently being permitted to attend classes online. Additionally, Defendant shall notify the Court no later than **5 p.m.** on **September 3, 2021**, whether it is willing to consent to Plaintiff attending online classes pending resolution of this case.

**DONE AND ORDERED** in Orlando, Florida on September 2, 2021.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE


Copies furnished to:

Counsel of Record