IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE, | Case No. 6:20-cv-01220-WWB-LRH |
| Plaintiff, | Judge: BERGER |
| v. | RESPONSE TO SEPTEMBER 2, 2021 ORDER |
| EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC. | |
| Defendant | |

Plaintiff John Doe, respectfully submits this Response to the Court's September 2, 2021 Order. (Doc#135.)

Plaintiff respectfully informs the Court as follows:

1. The *Status Quo* Agreement between the parties lapsed at the end of Spring Semester 2021.

2. Plaintiff seeks specifically to return to in-person learning, as opposed to continuing to participate in on-line courses. The reason for this is set forth below in ¶5.

3. Plaintiff is not currently seeking to attend on-line classes at Embry-Riddle.

4. Plaintiff is not currently permitted to attend on-line classes. Following the Court's Order, plaintiff tested his ability to enroll on-line. When he tried to enroll in an on-line course, he received an error message indicating that there was a hold on his account for "student conduct dismissal."

5. Plaintiff further informs the Court the following to clarify the reason Plaintiff seeks to return to in-person classes:

1

    a. Plaintiff is seeking a B.S. in Aeronautical Science (Professional Pilot).[1]

        i. A degree in Aeronautical Science is uniquely valuable because this program can qualify a graduate for the Restricted Airline Transport Pilot (R-ATP) certificate from the FAA.[2] A standard ATP certificate requires 1500 hours of total flight time before a student can serve as an airline first officer. With an ATP-R Certificate following completion of the ERAU aeronautical Science program, John Doe would be eligible to serve as an airline first officer with only 1000 hours of flight time.

        ii. Plaintiff previously was permitted to enroll in on-line classes through the ERAU Worldwide Program, which is distinct from the in-person program offered at the Daytona Campus. The B.S. in Aeronautical Science is not available through the ERAU Worldwide Program. The closest equivalent at the ERAU Worldwide Program is a B.S. in Aeronautics. However, graduates from this program are not eligible to apply for a R-ATP certificate.[3] Only a handful of programs are authorized by the FAA – this includes only the ERAU campuses in Daytona Beach and Arizona.[4]

---

[1] https://catalog.erau.edu/daytona-beach/aviation/bachelors/aeronautical-science/

[2] *See* https://www.faa.gov/pilots/training/atp/

[3] https://catalog.erau.edu/worldwide/aeronautics/bachelors/aeronautics/

[4] https://www.faa.gov/pilots/training/atp/media/ATP_CTP_Providers.pdf

    a. The ERAU campus offers flight simulators and aircraft that Plaintiff cannot access on-line. Plaintiff needs to be on campus in order to complete necessary flight training in order to receive his R-ATP. Plaintiff is unable to complete flight training at a different location and still receive his R-ATP certificate.[5]

    b. Plaintiff used the on-line program in the past year to complete his general education and elective requirements for the degree.[6] However, many of the advanced courses he now needs for his degree do not appear to be offered on-line, including:[7]

| | |
|---|---|
| AS 350 | Domestic and International Navigation |
| AS 356 | Aircraft Systems and Components |
| AS 387 | Crew Resource Management |
| AS 435 | Electronic Flight Management Systems |
| AS 408 | Flight Safety |
| AS 411 | Jet Transport Systems |
| AS 420 | Flight Technique Analysis |

---

[5] https://daytonabeach.erau.edu/college-aviation/flight/faq-r-atp

> **What if I did the coursework at ERAU but flew off-campus?**
>
> You are not eligible. You must take both the ground-school courses and flight on the ERAU campus. You may get an ATP-R with any (or no) degree if you have 1,500 hours and 200 cross-country hours.

[6] The recommended classes for the B.S. in Aeronautical Science are described here: https://catalog.erau.edu/daytona-beach/aviation/bachelors/aeronautical-science/#planofstudytext

[7] The available online classes are listed here: https://catalog.erau.edu/worldwide/undergraduate-courses/asci/

3

FOR PLAINTIFF:

/s/ Joshua Engel
JOSHUA ADAM ENGEL (OH 0075769)
    (TRIAL COUNSEL)
*Pro hac vice*
ANNE TAMASHASKY (OH 0064393)
    *Pro hac vice*
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

Lori A. Sochin (FL 013048)
LUBELL | ROSEN
1 Alhambra Plaza, Suite 1410
Coral Gables, FL 33134
(305) 655-3425
(305) 442-9047
las@lubellrosen.com

## CERTIFICATE OF SERVICE

This certifies that the foregoing was filed electronically on September 2, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

    /s/ Joshua Engel
Joshua Adam Engel (Ohio No. 0075769)
    *pro hac vice*