IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE, | Case No. 6:20-cv-01220-WWB-LRH |
| Plaintiff, | Judge:  BERGER |
| v. | PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY |
| EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC. | |
| Defendant | |

Plaintiff John Doe respectfully submits this Notice of Supplemental Authority in regard to the pending Motions for Summary Judgment.  (Doc#96, Doc#101.)   Plaintiff brings to the attention of the Court the following pertinent cases decided since briefing on the motions was completed:

- *Doe v. Regents of the Univ. of Minnesota*, 999 F.3d 571 (8th Cir. 2021)

- *Doe v. Univ. of Denver*, 1 F.4th 822 (10th Cir. 2021)

- *Abraham v. Thomas Jefferson Univ.*, E.D.Pa. No. 20-2967, 2021 U.S. Dist. LEXIS 171773 (Sep. 9, 2021).

- *Moe v. Grinnell College*, S.D. Iowa No. 4:20-cv-00058 (Doc# 146, August 23, 2021) (available at: https://storage.courtlistener.com/recap/gov.uscourts.iasd.71253/gov.uscourts.iasd.71253.146.0.pdf)

1

FOR PLAINTIFF:

/s/ Joshua Engel
JOSHUA ADAM ENGEL (OH 0075769)
    (TRIAL COUNSEL)
    *Pro hac vice*
ANNE TAMASHASKY (OH 0064393)
    *Pro hac vice*
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

Lori A. Sochin (FL 013048)
LUBELL | ROSEN
1 Alhambra Plaza, Suite 1410
Coral Gables, FL 33134
(305) 655-3425
(305) 442-9047
las@lubellrosen.com

## CERTIFICATE OF SERVICE

This certifies that the foregoing was filed electronically on October 11, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

    /s/ Joshua Engel
Joshua Adam Engel (Ohio No. 0075769)
    *pro hac vice*