IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE, | Case No. 6:20-cv-01220-WWB-LRH |
| Plaintiff, | Judge: BERGER |
| v. | MOTION FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE |
| EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC. | |
| Defendant | |

Plaintiff John Doe respectfully submits this Motion for Referral to a Magistrate Judge for a Settlement Conference. Plaintiff respectfully suggests that this Settlement Conference should be held immediately following the decision of the Court on cross-motions for Summary Judgment. (*See* Doc#96, Doc#101.)

**MEMORANDUM**

**A.     Background**

Plaintiff is a student at Embry-Riddle Aeronautical University ("ERAU"). ERAU is a private university in Daytona Beach, Florida.

John Doe was accused of sexual misconduct arising out of events that occurred on October 26-27, 2019 and was ultimately expelled by the Defendant. Plaintiff then filed a two-count Complaint against ERAU alleging a selective enforcement claim under Title IX of the Education Amendments of 1972 ("Title IX"), 20 U.S.C. § 1681 et seq., and breach of contract.

A "Trial Status Conference" is set for November 9, 2021 and trial for December 2021.

1

**B. Pending Motions**

Currently pending before the Court are the following Motions:

- Defendant's Motion for Summary Judgment (Doc#101)

- Plaintiff's Motion for Partial Summary Judgment (Doc#96)

- Defendant's Daubert Motions (Doc#102, Doc#103, Doc#104)

- Plaintiff's Daubert Motion (Doc#91)

- Defendant's Motions *in limine* (Doc#142, Doc#143, Doc#144, Doc#145, Doc#146, Doc#147)

- Plaintiff's Motion *in limine* (Doc#140)

**C. The Court Should Refer This Matter To A Magistrate Judge For A Settlement Conference**

Plaintiff's Counsel believes that there will be a significant opportunity to settle this case following the decision of the Court on the pending motions, thereby avoiding the expense of further trial preparation and the need for a jury trial. Accordingly, Plaintiff requests that the Court refer this matter to a Magistrate Judge for a settlement conference to be held immediately following the decision of the Court on the cross-motions for summary judgment.

The parties previously engaged in significant efforts at settlement, both with and without the assistance of a mediator. However, those attempts have stalled. Counsel for Defendant, in Local Rule 3.06 communications, indicated "we do not think a settlement conference in front of a magistrate would be productive." However, without revealing the content of offers/demands (*See* Evidence Rule 408), Defendant has refused to even acknowledge or respond to the most recent settlement demand from Plaintiff. Plaintiff

believes that a Settlement Conference with a Magistrate Judge will assure that all parties participate in settlement discussions in good faith and exhaust all efforts at settlement.

## CONCLUSION

The Court should refer this matter to a Magistrate Judge for a Settlement Conference to be held immediately following the decision of the Court on the pending cross-motions for Summary Judgment. (*See* Doc#96, Doc#101.)

    FOR PLAINTIFF:

    /s/ Joshua Engel
    JOSHUA ADAM ENGEL (OH 0075769)
        (TRIAL COUNSEL)
        *pro hac vice*
    ANNE TAMASHASKY (OH 0064393)
        *pro hac vice*
    ENGEL AND MARTIN, LLC
    4660 Duke Drive, Ste. 101
    Mason, OH 45040
    (513) 445-9600
    engel@engelandmartin.com

    Lori A. Sochin (FL 013048)
    LUBELL | ROSEN
    1 Alhambra Plaza, Suite 1410
    Coral Gables, FL 33134
    (305) 655-3425
    las@lubellrosen.com

**CERTIFICATE OF SERVICE**

This certifies that the foregoing was filed electronically on October 25, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                                      _____/s/ Joshua Engel_____
                                                      Joshua Adam Engel (Ohio No. 0075769)
                                                                   *pro hac vice*


**CERTIFICATION OF COUNSEL**

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that before filing this Motion counsel conferred with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion and obtain the relief sought without court action. Counsel for Defendant indicated that Defendant does not assent to the Motion.

                                                      _____/s/ Joshua Engel_____
                                                    Joshua Adam Engel (Ohio No. 0075769)
                                                                   *pro hac vice*