**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN DOE,

      Plaintiff,

vs.                              CASE NO. 6:20-cv-01220-WWB-LRH

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

      Defendant.
_____/

## DEFENDANT'S PROPOSED VERDICT FORM

1. With respect to Plaintiff's Title IX claim, did the Plaintiff prove by a preponderance of the evidence that Embry-Riddle Aeronautical University, Inc. intentionally deprived him of educational opportunities or benefits because of his gender?

    YES_____     NO_____

    *Proceed to next Question.*

2. With respect to Plaintiff's breach-of-contract claim, did the Plaintiff prove by a preponderance of the evidence that Embry-Riddle materially breached its contract with Plaintiff under the Sexual Misconduct Policy or Resolution Process?

    YES_____     NO_____

    *If you answered "NO" to Questions 1 and 2, stop here, sign the verdict form, and return it to the marshal. If you answered "YES" to Question 1 or 2, proceed to next Question.*

3. Enter the amount of compensatory damages that the Plaintiff proved by a preponderance of the evidence.

    $_____

    *Proceed to next Question.*

4. Enter the amount of special damages that the Plaintiff proved by a preponderance of the evidence.

$_____

*Proceed to the next Question.*

5. Did Embry-Riddle Aeronautical University, Inc. prove by a preponderance of the evidence that the Plaintiff has unclean hands?

    YES_____    NO_____

*\*\*\*STOP HERE. Please sign the verdict form and return it to the marshal.*