**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| JOHN DOE, | Case No. 6:20-cv-01220-WWB-LRH |
| Plaintiff, | Judge: BERGER |
| v. | STIPULATIONS |
| EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC. | |
| Defendant | |

Plaintiff John Doe and Defendant Embry-Riddle Aeronautical University respectfully stipulate to the following facts:

1. During the 2019-2020 academic year, John Doe was a student at Embry-Riddle Aeronautical University ("ERAU")'s Daytona Beach campus. His declared major was Aeronautical Science. He was a member of the track team on a partial scholarship.

2. ERAU is a private university with campuses located in Daytona Beach, Florida and Prescott, Arizona.

1

FOR PLAINTIFF:

/s/ Joshua Engel
JOSHUA ADAM ENGEL (OH 0075769)
    (TRIAL COUNSEL)
    *pro hac vice*
ANNE TAMASHASKY (OH 0064393)
    *pro hac vice*
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

Lori A. Sochin (FL 013048)
LUBELL | ROSEN
1 Alhambra Plaza, Suite 1410
Coral Gables, FL 33134
(305) 655-3425
las@lubellrosen.com

FOR DEFENDANT:

/s/ Shaina Stahl
Shaina Stahl (Florida Bar No. 77643)
    (TRIAL COUNSEL)
NELSON MULLINS BROAD & CASSEL
390 N. Orange Avenue, Suite 1400
Orlando, FL 32801
(407) 839-4200
shaina.stahl@nelsonmullins.com

Daniel A. Cohen
    *pro hac vice*
Jeffrey R. Daniel
    *pro hac vice*
Nelson Mullins Riley & Scarborough LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000
dan.cohen@nelsonmullins.com
jeff.daniel@nelsonmullins.com