IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE, | Case No. 6:20-cv-01220-WWB-LRH |
| Plaintiff, | Judge: BERGER |
| v. | NOTICE OF WITHDRAWAL OF CLAIM FOR COMPENSATORY DAMAGES AND JURY DEMAND |
| EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC. | |
| Defendant | |

Plaintiff hereby provides notice of the following:

1. Plaintiff is withdrawing his demand for compensatory damages.  Plaintiff will proceed to trial on claims for injunctive/equitable relief and attorney's fees and costs pursuant to 42 U.S.C. § 1988, only.

2. Plaintiff is withdrawing his demand for a jury trial, as Plaintiff no longer has a right to a jury trial under the Seventh Amendment.

FOR PLAINTIFF:

/s/ Joshua Engel
JOSHUA ADAM ENGEL (OH 0075769)
    (TRIAL COUNSEL)
    *Pro hac vice*
ANNE TAMASHASKY (OH 0064393)
    *Pro hac vice*
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

Lori A. Sochin (FL 013048)
LUBELL | ROSEN
1 Alhambra Plaza, Suite 1410
Coral Gables, FL 33134
(305) 655-3425
(305) 442-9047
las@lubellrosen.com

## CERTIFICATE OF SERVICE

    This certifies that the foregoing was filed electronically on November 9, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

    /s/ Joshua Engel
Joshua Adam Engel (Ohio No. 0075769)
    *pro hac vice*