**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN DOE,

    Plaintiff,

vs.                              CASE NO. 6:20-cv-01220-WWB-LRH

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

    Defendant.
_____/

## NOTICE OF CONSENT TO MEDIATION

Defendant Embry-Riddle Aeronautical University, Inc. ("ERAU") consents to the Court referring this case to a Magistrate Judge for a settlement conference.

This <u>11th</u> day of November, 2021.

                              Nelson Mullins Riley & Scarborough, LLP

                 By:    */s/ Shaina Stahl*
                          Shaina Stahl
                          Florida Bar No. 77643
                          390 N. Orange Avenue, Suite 1400
                          Orlando, FL 32801
                          (407) 839-4200
                          shaina.stahl@nelsonmullins.com

                          Daniel A. Cohen
                          (*Pro Hac Vice*)
                          Jeffrey R. Daniel
                          (*Pro Hac Vice*)
                          Nelson Mullins Riley & Scarborough LLP
                          201 17th Street NW, Suite 1700
                          Atlanta, GA 30363
                          (404) 322-6000
                          dan.cohen@nelsonmullins.com

jeff.daniel@nelsonmullins.com

*Attorneys for Embry-Riddle Aeronautical University, Inc.*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November, 2021, I filed the foregoing with the Clerk of the Court using CM/ECF, which will electronically serve a copy to the below parties of record:

Lori A. Sochin, Esq.
The Law Office of Lori A. Sochin, PA
Columbus Center, Suite 1410
1 Alhambra Plaza
Coral Gables, FL 33134
las@lubellrosen.com
*Attorneys for Plaintiff*

Joshua Engel, Esq.
Anne Tamashasky, Esq.
Engel & Martin LLC
4660 Duke Drive, Suite 101
Mason, OH 45040
engel@engelandmartin.com
tamashasky@engelandmartin.com
*Attorneys for Plaintiff*

/s/ Shaina Stahl
Attorney