## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JOHN DOE,

    Plaintiff,

vs.                        CASE NO. 6:20-cv-01220-WWB-LRH

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

    Defendant.
_____/

### NOTICE OF DEFENDANT'S OBJECTION TO PLAINTIFF'S WITHDRAWAL OF JURY DEMAND

Defendant Embry-Riddle Aeronautical University, Inc. ("ERAU"), pursuant to the Federal Rules of Civil Procedure Rule 38(d), gives notice that it does not consent to and objects to Plaintiff's withdrawal of his jury demand. (Doc. 167).

As discussed at the November 9, 2021 Trial Status Conference, separate briefing regarding the issue of a jury trial will be provided by November 23, 2021.

This 11th day of November, 2021.

                                    Nelson Mullins Riley & Scarborough, LLP

                      By:    */s/ Shaina Stahl*
                                    Shaina Stahl
                                    Florida Bar No. 77643
                                    390 N. Orange Avenue, Suite 1400
                                    Orlando, FL 32801
                                    (407) 839-4200
                                    shaina.stahl@nelsonmullins.com

                                    Daniel A. Cohen
                                    (*Pro Hac Vice*)

-2-

        Jeffrey R. Daniel
        (*Pro Hac Vice*)
        Nelson Mullins Riley & Scarborough LLP
        201 17th Street NW, Suite 1700
        Atlanta, GA 30363
        (404) 322-6000
        dan.cohen@nelsonmullins.com
        jeff.daniel@nelsonmullins.com

*Attorneys for Embry-Riddle Aeronautical University, Inc.*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November, 2021, I filed the foregoing with the Clerk of the Court using CM/ECF, which will electronically serve a copy to the below parties of record:

Lori A. Sochin, Esq.  
The Law Office of Lori A. Sochin, PA  
Columbus Center, Suite 1410  
1 Alhambra Plaza  
Coral Gables, FL 33134  
las@lubellrosen.com  
*Attorneys for Plaintiff*

Joshua Engel, Esq.  
Anne Tamashasky, Esq.  
Engel & Martin LLC  
4660 Duke Drive, Suite 101  
Mason, OH 45040  
engel@engelandmartin.com  
tamashasky@engelandmartin.com  
*Attorneys for Plaintiff*

/s/ Shaina Stahl  
Attorney