**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| JOHN DOE, | Case No. 6:20-cv-01220-WWB-LRH |
| Plaintiff, | Judge:  BERGER |
| v. | JOINT MOTION FOR LEAVE TO APPEAR TELEPHONICALLY OR BY VIDEOCONFERENCE AT DECEMBER 14, 2021 TRIAL STATUS CONFERENCE |
| EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC. | |
| Defendant | |

Plaintiff John Doe and Defendant Embry-Riddle Aeronautical University respectfully submit this Joint Motion for Leave to Appear Telephonically or by Videoconference at the December 14, 2021, Trial Status Conference. (*See* Doc#166.)

**MEMORANDUM**

**A.     Background**

Plaintiff is a student at Embry-Riddle Aeronautical University ("ERAU").  ERAU is a private university in Daytona Beach, Florida.

John Doe was accused of sexual misconduct arising out of events that occurred on October 26-27, 2019 and was ultimately expelled by the Defendant.  Plaintiff then filed a two-count Complaint against ERAU alleging a selective enforcement claim under Title IX of the Education Amendments of 1972 ("Title IX"), 20 U.S.C. § 1681 et seq., and breach of contract.

On June 30, 2021, this Court granted a Motion to Continue and issued an Order setting deadlines in this case.  (Doc#131).  The parties appeared telephonically for a Status Conference on December 9, 2021.  The Court set another Status Conference for

1

December 14, 2021. Due to the COVID-19 pandemic and heightened personal risk, counsel for the parties want to limit travel and in-person conduct. The parties believe the Court will be able to successfully conduct the Status Conference by phone or videoconference.

**B.   Pending Motions**

Currently pending before the Court are the following Motions:

- Defendant's Daubert Motions (Doc#102, Doc#103, Doc#104)
- Plaintiff's Daubert Motion (Doc#91)
- Defendant's Motions *in limine* (Doc#142, Doc#143, Doc#144, Doc#145, Doc#146, Doc#147)
- Plaintiff's Motion *in limine* (Doc#140)

Also pending before the Court is briefing on the issue of whether Federal Rule of Civil Procedure 38(d) required that Defendant Consent to Plaintiff withdrawing his jury demand. (Doc# 173; Doc#174.)

This matter is also set for a Settlement Conference on December 7, 2021. (*See* Doc#171.)

**C.   The Parties Should Be Granted Leave Appear By Phone Or Videoconference**

The parties jointly request leave to appear by telephone or videoconference at the December 14, 2021 Trial Status Conference because Counsel for both Plaintiff and defendant have family-members who are at high risk for complications from Covid-19 and therefore seeks to avoid unnecessary travel and in-person meeting time. In particular, Plaintiff's counsel has a family member with a genetic blood disorder and Defendant's counsel has a family member who is an organ transplant recipient.

The parties represent to the Court that they have worked cooperatively on this matter and believe that the Court will be able to successfully conduct a status conference by telephone or videoconference. The parties also note that appearance by telephone or videoconference will reduce travel and other expenses.

This request is consistent with advice from the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce exposure to the coronavirus and to slow the spread of COVID-19. This Court, in prior Orders, has "strongly encouraged" the use of telephone or videoconference for proceedings where practicable. *See e.g. Amended Order Concerning Jury Trials and Other Proceedings*, July 1, 2020. *Cf. ACT, Inc. v. Worldwide Interactive Network, Inc.,* E.D.Tenn. No. 3:18-CV-186-TRM-HBG, 2019 U.S. Dist. LEXIS 194664, at *18 (Nov. 8, 2019) (noting that "the Court encouraged the parties to conduct telephone and video conferences").

## CONCLUSION

The Court should grant leave to appear by telephone or videoconference at the December 14, 2021, Trial Status Conference.

FOR PLAINTIFF:

/s/ Joshua Engel
JOSHUA ADAM ENGEL (OH 0075769)
    (TRIAL COUNSEL)
    *pro hac vice*
ANNE TAMASHASKY (OH 0064393)
    *pro hac vice*
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

Lori A. Sochin (FL 013048)
LUBELL | ROSEN
1 Alhambra Plaza, Suite 1410
Coral Gables, FL 33134
(305) 655-3425
las@lubellrosen.com

FOR DEFENDANT:

/s/ Shaina Stahl
Shaina Stahl (Florida Bar No. 77643)
    (TRIAL COUNSEL)
NELSON MULLINS BROAD & CASSEL
390 N. Orange Avenue, Suite 1400
Orlando, FL 32801
(407) 839-4200
shaina.stahl@nelsonmullins.com

Daniel A. Cohen
*pro hac vice*
Jeffrey R. Daniel
*pro hac vice*
Nelson Mullins Riley & Scarborough LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000
dan.cohen@nelsonmullins.com
jeff.daniel@nelsonmullins.com

## CERTIFICATE OF SERVICE

This certifies that the foregoing was filed electronically on Novcember 29, 2021.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

    _/s/ Joshua Engel_____
Joshua Adam Engel (Ohio No. 0075769)
*pro hac vice*

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that before filing this Motion counsel conferred with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion and obtain the relief sought without court action.  All parties concur with this Motion.

    _/s/ Joshua Engel_____
Joshua Adam Engel (Ohio No. 0075769)
*pro hac vice*