# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOHN DOE,**

      **Plaintiff,**

**v.**                                          **Case No: 6:20-cv-1220-WWB-LRH**

**EMBRY-RIDDLE**
**AERONAUTICAL UNIVERSITY,**
**INC.,**

      **Defendant.**

## NOTICE

Notice is given that this case settled at the magistrate judge settlement conference held earlier today.

**DONE** in Orlando, Florida on December 7, 2021.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to: Counsel of Record