**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN DOE,

    Plaintiff,

v.           Case No. 6:20-cv-1220-WWB-LRH

EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC.,

    Defendant.

| UNITED STATES MAGISTRATE JUDGE: | Embry J. Kidd | VIRTUAL: | ZOOM |
|---|---|---|---|
| DEPUTY CLERK: | T. LeGros | COUNSEL FOR PLAINTIFF: | Joshua Engel<br>Scott O'Reilly |
| ZOOM RECORDING: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov | COUNSEL FOR DEFENDANT: | Shaina Stahl |
| DATE/TIME: | December 7, 2021 | | |
| TOTAL TIME: | 3:45 | | |

**CLERK'S MINUTES**
**SETTLEMENT CONFERENCE**

Court addresses parties and begins settlement conference.
The parties attended with appropriate representatives and reached a SETTLEMENT.
Conference concludes at 5:10 P.M.