IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE, | Case No. 6:20-cv-01220-WWB-LRH |
| Plaintiff, | Judge: BERGER |
| v. | STIPULATION OF DISMISSAL |
| EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC. | |
| Defendant | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and a settlement between the parties, Plaintiff John Doe and Defendant Embry-Riddle Aeronautical University hereby stipulate to the dismissal WITH PREJUDICE of all claims arising out of the transaction or occurrence that is the subject matter of the Complaint.

FOR PLAINTIFF:

/s/ Joshua Engel
JOSHUA ADAM ENGEL (OH 0075769)
    (TRIAL COUNSEL)
    *pro hac vice*
ANNE TAMASHASKY (OH 0064393)
    *pro hac vice*
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

Lori A. Sochin (FL 013048)
LUBELL | ROSEN
1 Alhambra Plaza, Suite 1410
Coral Gables, FL 33134
(305) 655-3425
las@lubellrosen.com

1

FOR DEFENDANT:

/s/ Shaina Stahl
Shaina Stahl (Florida Bar No. 77643)
   (TRIAL COUNSEL)
NELSON MULLINS BROAD & CASSEL
390 N. Orange Avenue, Suite 1400
Orlando, FL 32801
(407) 839-4200
shaina.stahl@nelsonmullins.com

Daniel A. Cohen
   *pro hac vice*
Jeffrey R. Daniel
   *pro hac vice*
Nelson Mullins Riley & Scarborough LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000
dan.cohen@nelsonmullins.com
jeff.daniel@nelsonmullins.com

## CERTIFICATE OF SERVICE

This certifies that the foregoing was filed electronically on January 27, 2022. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

   /s/ Joshua Engel
Joshua Adam Engel (Ohio No. 0075769)
   *pro hac vice*